**FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
<u>ACCORDANCE WITH RULE 221, Pa.R.D.E.</u>**

**<u>New</u>**

**<u>Name Change</u>**

596 MoreBank, a division of The Bank of Princeton – Change to 596 Bank of Princeton (The)
136 Centric Bank – Change to 539 First Commonwealth Bank

**<u>Platinum Leader Change</u>**

119 Washington Financial Bank - Remove

**<u>Correction</u>**

**<u>Removal</u>**

May 2023